# **J**erald **P**olygraph **S**ervices, LLC



Post Office Box 830926
Ocala, Florida 34483-0926
Phone: (352) 694-7501   Fax: (352) 694-7393
email: ljerald@jerald.us

| | |
|---|---|
| **J. Larry Jerald** | **Member** |
| Certified Polygraphist | American Polygraph Association |
| Since 1977 | Florida Polygraph Association |
| | American Assoc. of Police Polygraphists |

___

## SPECIFIC ISSUE POLYGRAPH EXAMINATION REPORT
## CONFIDENTIAL

TO: BRETT MELTZER, ESQUIRE
LAW OFFICE OF BRETT MELTZER
P.O. BOX 1162
WINDEMERE, FL 34786

SUBJECT: RODOLFO MARTINEZ

EXAM DATE/TIME: NOVEMBER 10, 2016

EXAM LOCATION: SEMINOLE COUNTY JAIL, SANFORD, FLORIDA

On the above date, Mr. Rodolfo Martinez submitted to a specific issue polygraph examination. He provided no medical or personal information that would adversely impact upon the successful completion of a polygraph examination. He appeared to be able to comprehend my instructions and appeared fit to submit to a polygraph examination.

Mr. Martinez was advised of the voluntary nature of the polygraph examination and indicated his willingness to be examined in writing. He was provided with a detailed explanation of the polygraph instrument, examination procedure and physiology as it applies to the polygraph. He was given the opportunity to ask any questions before the examination. All questions were thoroughly discussed with him prior to the administration of the examination.

This polygraph examination was conducted using the Lafayette LX4000 Computerized Polygraph System. Your polygraph examiner was trained, by the manufacturer, in the proper operation of this computerized system.

The Zone Comparison Technique (ZCT) was used to administer this polygraph examination.

### PRE-TEST INTERVIEW:

The purpose of this polygraph examination was to assess whether or not Mr. Martinez has sexually touched anyone under the age of 18 since he became 18 years old himself.

___
*"Seeking Truth Through Technology"*

At the beginning of the interview the term "sexually touch" was defined for Mr. Martinez as any touching of a person or them touching him for a "sexual purpose" which would be sexual arousal, pleasure, excitement, enjoyment, gratification or curiosity. Mr. Martinez stated that he has had physical sexual contact with one (1) person under 18 years old since he turned 18 years old himself. He stated that this was a relationship with a 17-year-old female when he was 18 years of age. He denied any sexual touching of anyone else under the age of 18, as an adult.

A polygraph test was constructed to assess Mr. Martinez' truthfulness on that issue.

**TEST QUESTIONS:**

The following relevant questions were asked and answered "no" during the examination?

R4- As an adult, besides what you told me, have you sexually touched anyone else under 18?
R6- As an adult, besides what you told me today, have you sexually touched anyone else under 18?

**EVALUATION:**

A detailed evaluation of the chart patterns resulted in the opinion that there was **NO DECEPTION INDICATED** in Mr. Martinez' physiological reactions to the relevant test questions.

J. Larry Jerald
Certified Polygraphist